# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL HUTCHINSON, ) | CASE NO. C05-1547-JCC |
| )  Plaintiff, ) | |
| v. ) | ORDER OF REMAND |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court remands this matter for an award of benefits;

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Benton.

DATED this 30th day of June, 2006.

*/s/ John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1